IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER AARON VASS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-243- MTT |
| | * |
| WARDEN LAWRENCE WHITTINGHAMD, et al., | * |
| Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 14, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk